1  RENE L. VALLADARES
   Federal Public Defender
2  Nevada State Bar No. 11479
   SYLVIA A. IRVIN
3  Assistant Federal Public Defender
   411 E. Bonneville, Ste. 250
4  Las Vegas, Nevada 89101
   (702) 388-6577/Phone
5  (702) 388-6261/Fax
   Sylvia_Irvin@fd.org
6
   Attorney for Eliel Urrutia Jimenez
7



8              UNITED STATES DISTRICT COURT

9                  DISTRICT OF NEVADA         ORDER

10
   UNITED STATES OF AMERICA,           Case No. 2:20-mj-00199-VCF
11
                  Plaintiff,           ~~STIPULATION~~ TO CONTINUE
12                                     PRELIMINARY HEARING AND
         v.                            DEFENDANT'S WAIVER OF
13                                     SPEEDY TRIAL
   ELIEL URRUTIA JIMENEZ,              (First Request)
14
                  Defendant.
15

16
        It is hereby agreed and stipulated to, by and between United States Attorney Nicholas
17
   A. Trutanich and Assistant United States Attorney Rachel Kent, counsel for the United States
18
   of America, and Federal Public Defender Rene L. Valladares and Assistant Federal Public
19
   Defender Sylvia A. Irvin, counsel for Defendant Eliel Urrutia Jimenez, that that the Preliminary
20
   Hearing currently scheduled on March 23, 2020, be vacated and continued to a date and time
21
   convenient to the Court, but no sooner than 30 days.
22
        This Stipulation is entered into for the following reasons:
23
        1.    Mr. Jimenez's initial appearance was on March 9, 2020, and his detention
24
   hearing was held on March 11, 2020. ECF Nos. 2, 7. Following a detention hearing, Mr.
25
   Jimenez was detained and is currently at the Nevada Southern Detention Center in Pahrump.
26

2. A preliminary hearing was scheduled in this matter for today, March 23, 2020. ECF No. 2.

3. In the interim, on March 11, 2020, the World Health Organization officially classified COVID-19 a pandemic. Governor Steve Sisolak declared a State of Emergency in Nevada on March 12, 2020. On March 15, 2020, the CDC recommended that all in-person events consisting of 50 or more people be postponed or cancelled throughout the United States. The CDC's guidelines provide that all individuals take immediate preventive actions, including putting distance between themselves and others.[1]

4. The Chief Judge has issued two temporary general orders suspending jury trials and striving to eliminate in person appearances by allowing hearings to be held by telephone or video.[2]

5. While these events were occurring, the Office of the Federal Public Defender (FPD) stopped all in-person attorney visits at the Nevada Southern Detention Center and scheduled legal calls to update clients. The FPD also has been able to use the videoconference room at the U.S. Probation Office.

6. Undersigned counsel scheduled legal calls to Mr. Jimenez but Mr. Jimenez did not call and it is not clear why Mr. Jimenez did not receive counsel's messages.

7. While the first attempts to contact Mr. Jimenez were unsuccessful, counsel has since been able to communicate with Mr. Jimenez. Undersigned counsel asked AFPD Nisha Brooks-Whittington to add Mr. Jimenez to her videoconference list on Friday, March 20, 2020. AFPD Brooks-Whittington was able to meet via video with Mr. Jimenez to discuss the complaint, the status of his case, his speedy trial rights, and his right to a preliminary hearing.

---

[1] *How to Protect Yourself*, CDC (March 15, 2020), https://www.cdc.gov/coronavirus/2019-ncov/prepare/prevention.html.

[2] Available at https://www.nvd.uscourts.gov/wpcontent/uploads/2020/03/Temporary-General-Order-2020-03-re-Covid19.pdf, and https://www.nvd.uscourts.gov/wp-content/uploads/2020/03/Admin-Order-re-Covid19-court-closure-2020-04.pdf

8. Mr. Jimenez understands and agrees to the continuance of his preliminary hearing. He is well aware of the COVID-19 health concerns and does not want to be transported to appear in court in person today.

9. Once the preliminary hearing is rescheduled by the Court, Mr. Jimenez and counsel will determine whether he will appear in person or by video at that hearing and they will notify the Court right away.

10. The additional time requested by this stipulation is excludable in computing the time within which the trial must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), and considering the factors under 18 U.S.C. §§ 3161(h)(7)(B)(i) and 3161(h)(B)(iv).

11. The Defendant Mr. Jimenez is in custody, he agrees with the continuance, and agrees to waive his speedy trial rights for purposes of this waiver of his right to a preliminary hearing.

12. This is undersigned counsel's first request for a continuance of the preliminary hearing.

DATED this 23th day of March, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By /s/ Sylvia A. Irvin<br>SYLVIA A. IRVIN<br>Assistant Federal Public Defender | By /s/ Rachel Kent<br>RACHEL KENT<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIEL URRUTIA JIMENEZ,<br><br>Defendant. | Case No. 2:20-mj-00199-VCF<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on March 23, 2018, at 4:00 p.m., be vacated and continued to _April 28, 2020_ at the hour of _4:00 p_.m.

DATED this _23rd_ day of March, 2020.

_____
UNITED STATES MAGISTRATE JUDGE